# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.               Case No. 13-CR-107

**ARUNAS JANKAUSKAS and MINDAUGAS CEPSYS**
   **Defendants.**

## SCHEDULING ORDER

**IT IS ORDERED** that defendants' unopposed motion (R. 25) to declare the case complex and reschedule the trial is **GRANTED**. For the reasons stated in the motion, I find that the ends of justice served by continuing the trial outweigh the best interest of the defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (iv).

**IT IS FURTHER ORDERED** that the **FINAL PRE-TRIAL** set for August 8, 2013, and the **TRIAL** set for August 19, 2013 are adjourned. I will address re-scheduling of the trial after the August 12 conference set before the magistrate judge.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2013.

          /s Lynn Adelman
          _____
          LYNN ADELMAN
          District Judge